[No. 25290-2-II.  Division Two.  March 30, 2001.]

*In the Matter of the Marriage of* CLAUDINE RAY TOWLE, *Appellant*, and GEORGE WILLIAM TOWLE, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 97-3-00174-0, Paula Casey and Christine A. Pomeroy, JJ., entered October 15, 1999. *Affirmed in part* and *remanded* by unpublished opinion per Morgan, J., concurred in by Armstrong, C.J., and Houghton, J.

[No. 25312-7-II.  Division Two.  March 30, 2001.]

THE STATE OF WASHINGTON, *Petitioner*, v. STEPHEN PAUL SULLIVAN, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-04957-1, John A. McCarthy, J., and Margaret Ross, J. Pro Tem., entered October 5, 1999. *Reversed with instructions* by unpublished opinion per Seinfeld, J., concurred in by Hunt, A.C.J., and Morgan, J.

[No. 25320-8-II.  Division Two.  March 30, 2001.]

SILVERDALE WATER DISTRICT No. 16, *Respondent*, v. BUCKLIN HILL, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 93-2-02735-6, Kitty-Ann van Doorninck, J., entered November 5, 1999. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong, C.J., and Quinn-Brintnall, J.